**No. 09-993. PLIVA, Inc., et al., Petitioners v. Gladys Mensing.**

**No. 09-1039. Actavis Elizabeth, LLC, Petitioner v. Gladys Mensing.**

**No. 09-1501. Actavis, Inc., Petitioner v. Julie Demahy.**

562 U.S. 1282, 131 S. Ct. 1672, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 2105,

March 18, 2011. Motion of the Acting Solicitor General for leave to participate

in oral argument as amicus curiae and for divided argument granted.